# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Brian Fuqua<br>    Andrea Fuqua<br>        Debtor(s) | Case No. 09 B 19737 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/29/2009.

2) The plan was confirmed on 07/30/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/30/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 11/25/2014.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $24,219.52 |
| Less amount refunded to debtor | $791.69 |

**NET RECEIPTS:** $23,427.83

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,070.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,142.02 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,212.02

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Recovery Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 2,901.00 | NA | NA | 0.00 | 0.00 |
| Capela Family Medicine | Unsecured | 64.70 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| CB USA | Unsecured | 477.00 | 8,219.39 | 8,219.39 | 4,074.93 | 0.00 |
| CB USA Sears | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Conseco Finance Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| CSREC501 | Unsecured | 47.90 | NA | NA | 0.00 | 0.00 |
| Definity Health | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 3,681.00 | 2,969.00 | 2,969.00 | 1,471.94 | 0.00 |
| Emergency Care Health Organization | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Farmers Insurance | Unsecured | 4,807.78 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Freedman Anselmo Lindberg | Unsecured | 8,970.00 | 11,390.36 | 11,390.36 | 5,647.00 | 0.00 |
| GE Capital Credit Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GE Capital Credit Card | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| GE Consumer Finance | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gla Collection | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 68.00 | 68.20 | 68.20 | 33.81 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 445.00 | 445.85 | 445.85 | 221.04 | 0.00 |
| M3 Financial Services | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| Mi Gnty Agcy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Mi Gnty Agcy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Michael J Mintz DDS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Michigan Guaranty Agency | Unsecured | 5,467.00 | 5,558.93 | 5,558.93 | 2,755.95 | 0.00 |
| Midstate Collection | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Midstate Collection | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Mutual Hospital Services/Alverno | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| Mutual Hospital Services/Alverno | Unsecured | 1,149.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Nelnet | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NW Indiana Neurological | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Oral & Maxillofacial | Unsecured | 10.00 | 10.00 | 10.00 | 4.96 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,169.00 | 1,171.69 | 1,171.69 | 580.89 | 0.00 |
| Professional Recovery Service | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,384.00 | 1,384.90 | 1,384.90 | 686.59 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 775.00 | 775.00 | 384.22 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Recovery One LLC | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 313.00 | 315.69 | 315.69 | 156.51 | 0.00 |
| Resurgent Capital Services | Unsecured | 2,000.00 | 1,999.80 | 1,999.80 | 991.44 | 0.00 |
| Richton Chiropractic | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Rita A Kapmarski DDS | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| RPM Inc | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Sisters Of St Mary/St Francis | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,525.00 | 3,748.50 | 3,748.50 | 1,858.39 | 0.00 |
| SST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers | Unsecured | 14.50 | NA | NA | 0.00 | 0.00 |
| Trust Receivable Services | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago | Unsecured | 27.30 | NA | NA | 0.00 | 0.00 |
| University Of Phoenix | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 732.00 | 702.22 | 702.22 | 348.14 | 0.00 |
| Washington Mutual Providian | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 8,219.39 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,759.53** | **$19,215.81** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,212.02 |
| Disbursements to Creditors | $19,215.81 |
| **TOTAL DISBURSEMENTS:** | **$23,427.83** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/03/2015          By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**